The People of the State of New York, Respondent, v. Reginald Shulenberg, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Edward Leone, as Administrator of the Estate of Carol Leone, Deceased, Appellant, v. State of New York, Respondent.—

Present— Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [See 280 App. Div. 901.]

In the Matter of Francis S. Appleby et al., Petitioners, against Spencer E. Bates et al., Constituting the Tax Commission of the State of New York, Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [See *ante*, p. 966.]